IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROZANNA CSISZER AND CHARLES CSISZER,
INDIVIDUALLY AND AS NEXT FRIEND
OF ALLISON CSISZER, A MINOR                       PLAINTIFFS

vs.                          No. 08-3011

MARY R. WREN, M.D., WREN & BARROW
OBSTETRICS & GYNECOLOGY, PLLC d/b/a
THE CENTER FOR WOMEN, AND BAXTER
COUNTY REGIONAL HOSPITAL, INC. d/b/a
BAXTER REGIONAL MEDICAL CENTER,
CONTINENTAL CASUALTY COMPANY,
PERRY L. WILBUR, M.D. and PERRY L.
WILBUR, M.D., P.A.                                DEFENDANTS

## **ORDER**

Before the Court are Defendants' Motion for a Protective Order (Doc. 19) and Plaintiffs' Response (Doc. 22). Upon due consideration, the Court finds Plaintiffs' objections unpersuasive. Defendants' motion should be and hereby is **GRANTED**. The protective order will be filed concurrently.

IT IS SO ORDERED this 11th day of September 2008.

*/s/ Robert T. Dawson*
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**