IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROZANNA CSISZER and CHARLES CSISZER,
individually and as next friend of A.C., a minor                      PLAINTIFFS

      v.               CIVIL NO. 08-3011

MARY R. WREN, M.D., WREN & BARROW
OBSTETRICS & GYNECOLOGY, PLLC d/b/a
THE CENTER FOR WOMEN, and
CONTINENTAL CASUALTY COMPANY                                          DEFENDANTS

### **O R D E R**

Before the court is the Defendant Continental Casualty Company's, insurer for Baxter County Regional Hospital, Inc., Emergency Motion for Protective Order dated January 20, 2009, requesting Plaintiffs counsel provide Defendant with an unedited complete copy of all videotaping and photographs of Baxter Regional Medical Center. (Doc. 82). The matter has been referred to the undersigned for disposition by Order (Doc. 84) entered January 20, 2009. Plaintiffs filed a Response to the motion on January 20, 2009, requesting that the motion be denied as moot because Plaintiffs agree to get a unedited copy of the video and photographs to Defendant. (Doc. 85). On January 21, 2009, Defendant filed a Reply to the response agreeing with Plaintiffs that the motion is moot. Accordingly, the motion is DENIED as moot.

IT IS SO ORDERED this 22nd day of January, 2009.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE