```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                         HARRISON DIVISION


ROZANNA CSISZER AND CHARLES CSISZER,
INDIVIDUALLY AND AS NEXT FRIEND
OF ALLISON CSISZER, A MINOR                              PLAINTIFFS

vs.                         No. 08-3011

MARY R. WREN, M.D.; WREN & BARROW
OBSTETRICS & GYNECOLOGY, PLLC d/b/a
THE CENTER FOR WOMEN; AND
CONTINENTAL CASUALTY COMPANY                             DEFENDANTS
```

## **CERTIFICATE**

Pursuant to Title 28, Section 2403(b) of the United States Code, the United States District Court for the Western District of Arkansas hereby certifies to Dustin McDaniel, Attorney General for the State of Arkansas, that the constitutionality of section 15(b) of Act 649 of 2003, codified at section 16-114-208(a)(1)(B) of the Arkansas Code, is drawn in question in the above-captioned case, to which neither the State of Arkansas, nor any agency of the State of Arkansas, nor any officer or employee of the State of Arkansas, is a party.

Dated: January 29, 2009.

*/s/ Robert T. Dawson*
Honorable Robert T. Dawson
United States District Judge