```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF ARKANSAS
                         HARRISON DIVISION


ROZANNA CSISZER AND CHARLES CSISZER,
INDIVIDUALLY AND AS NEXT FRIEND
OF ALLISON CSISZER, A MINOR                              PLAINTIFFS

vs.                            No. 08-3011

MARY R. WREN, M.D.; WREN & BARROW
OBSTETRICS & GYNECOLOGY, PLLC d/b/a
THE CENTER FOR WOMEN; AND
CONTINENTAL CASUALTY COMPANY                             DEFENDANTS
```

## AMENDED CERTIFICATE

Pursuant to Title 28, Section 2403(b) of the United States Code, the United States District Court for the Western District of Arkansas hereby certifies to Dustin McDaniel, Attorney General for the State of Arkansas, that the constitutionality of section 15(b) of Act 649 of 2003, codified at section 16-55-212 of the Arkansas Code, is drawn in question in the above-captioned case, to which neither the State of Arkansas, nor any agency of the State of Arkansas, nor any officer or employee of the State of Arkansas, is a party.

Dated: January 30, 2009.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```