```
            UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 HARRISON DIVISION
```

ROZANNA CSISZER AND CHARLES CSISZER,
INDIVIDUALLY AND AS NEXT FRIEND
OF ALLISON CSISZER, A MINOR                           PLAINTIFFS

vs.                          No. 08-3011

MARY R. WREN, M.D.; WREN & BARROW
OBSTETRICS & GYNECOLOGY, PLLC d/b/a
THE CENTER FOR WOMEN; AND
CONTINENTAL CASUALTY COMPANY                          DEFENDANTS

## **CERTIFICATE**

Pursuant to Title 28, Section 2403(b) of the United States Code, the United States District Court for the Western District of Arkansas hereby certifies to Dustin McDaniel, Attorney General for the State of Arkansas, that the constitutionality of section 16-114-206 of the Arkansas Code, is drawn in question in the above-captioned case, to which neither the State of Arkansas, nor any agency of the State of Arkansas, nor any officer or employee of the State of Arkansas, is a party.

Dated: February 9, 2009.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge