```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                          HARRISON DIVISION
```

ROZANNA CSISZER AND CHARLES CSISZER,
INDIVIDUALLY AND AS NEXT FRIENDS
OF ALLISON CSISZER, A MINOR                          PLAINTIFFS

vs.                       No. 08-cv-3011

MARY R. WREN, M.D.; WREN & BARROW
OBSTETRICS & GYNECOLOGY, PLLC d/b/a
THE CENTER FOR WOMEN; AND
CONTINENTAL CASUALTY COMPANY                         DEFENDANTS

## **J U D G M E N T**

On the 10th day of February, 2009, this matter came on for trial to a duly selected jury consisting of twelve members, the Hon. Robert T. Dawson presiding. Following the dismissal of a juror on February 16, 2009, the trial continued until the 20th day of February, 2009, when the case was submitted to the jury on interrogatories and a unanimous verdict was reached as to each interrogatory as follows:

**INTERROGATORY NO. 1:** Do you find from a preponderance of the evidence that there was negligence upon the part of Mary Wren, M.D. and The Center for Women which proximately caused damages to the Plaintiffs?

_____                                   \_\_\_\_X\_\_\_\_

    YES                                                   NO

**INTERROGATORY NO. 2:** Do you find from a preponderance of the evidence that there was negligence upon the part of Baxter Regional Medical Center by its insurer Continental Casualty Company which proximately caused damages to the Plaintiffs?

_____                                     \_\_\_\_X\_\_\_\_

    YES                                                   NO

The verdict form was dated and signed by the foreperson as follows:

 February 20, 2009                    (Signature of Number Forty-Six)  
(Date)                                       (Signature of Foreperson)

IT IS ORDERED AND ADJUDGED in accordance with the answers to the above interrogatories and jury verdict, that the Plaintiffs take nothing on their complaint filed herein and the matter is **DISMISSED WITH PREJUDICE.**  All parties are to bear their respective costs and attorney's fees.

Dated this 23rd day of February, 2009.

>                   /s/Robert T. Dawson
>                   Hon. Robert T. Dawson
>                   United States District Judge